1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10   JESUS CONCHAS,                          1:10-cv-0622 OWW DLB (HC)

11              Petitioner,                  ORDER GRANTING MOTION TO PROCEED
                                             IN FORMA PAUPERIS ON APPEAL
12   vs.                                     AND DIRECTING CLERK TO SERVE
                                             THE COURT OF APPEALS
13   J. HARTLEY, Warden,
                                             (DOCUMENT #15)
14              Respondent.

15   _____/

16        Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus

17   pursuant to 28 U.S.C. § 2254.

18        On December 10, 2010, judgment was entered denying the petition for writ of habeas

19   corpus.  On December 27, 2010, petitioner filed a notice of appeal and an application to proceed

20   in forma pauperis.  Examination of petitioner's application to proceed in forma pauperis reveals

21   that petitioner is unable to afford the costs of an appeal.  Accordingly, the application to proceed

22   in forma pauperis on appeal is GRANTED.  See 28 U.S.C. § 1915.  **The Clerk is directed to**

23   **serve a copy of this order on the Court of Appeals for the Ninth Circuit.**

24
25
26        IT IS SO ORDERED.

27   **Dated:    December 29, 2010**          _____/s/ **Dennis L. Beck**_____
                                              UNITED STATES MAGISTRATE JUDGE
28